IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          )
                                                )
ROBERT ROY & LOUIS VANDE WIELE,                 )      Case No.      2:15-bk-06199
                                                )      Chapter       7
          Debtor(s).                            )

---

## NOTICE OF FILING OF CONVERSION STATEMENTS & SCHEDULES

---

**NOW COMES** the Debtor(s), through counsel, and respectfully notifies this Honorable Court the

following statements and schedules:

20 Largest Unsecured Creditors, Summary of Schedules, Schedules A, B, C, D, E, F, G, H, I & J,
Statement of Financial Affairs and Means Test.


Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: /s/ *Steven L. Lefkovitz*
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300     fax (615) 255-4516
slefkovitz@lefkovitz.com


## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent to the U.S. Trustee via the Court's ECF filing system.

/s/ *Steven L. Lefkovitz*

# United States Bankruptcy Court
## Middle District of Tennessee

| In re | ROBERT GORDON ROY<br>LOUISE MARIE-THERESE VANDE WIELE | | Case No. | 2:15-bk-06199 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AES LOAN SERVICING<br>PO BOX 2461<br>HARRISBURG PA 17105 | AES LOAN SERVICING<br>PO BOX 2461<br>HARRISBURG PA 17105 | | | 19,767.24 |
| AMAZON<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL 32896 | AMAZON<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL 32896 | | | 712.24 |
| CARE CREDIT<br>BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO, FL 32896 | CARE CREDIT<br>BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO, FL 32896 | | | 11,000.00 |
| CHASE/SOUTHWEST.COM<br>PO BOX 15298<br>WILMINGTON DE 19886 | CHASE/SOUTHWEST.COM<br>PO BOX 15298<br>WILMINGTON DE 19886 | | | 12,413.95 |
| CITI<br>PO BOX 6500<br>SIOUX FALLS SD 57117 | CITI<br>PO BOX 6500<br>SIOUX FALLS SD 57117 | | | 3,205.35 |
| CITI<br>PO BOX 6500<br>SIOUX FALLS SD 57117 | CITI<br>PO BOX 6500<br>SIOUX FALLS SD 57117 | | | 2,389.63 |
| HOME PROJECTS/WF<br>PO BOX 10475<br>DES MOINES IA 50306 | HOME PROJECTS/WF<br>PO BOX 10475<br>DES MOINES IA 50306 | | | 8,960.12 |
| LASSITER TIDWELL DAVIS<br>150 4TH AVE NO #1850<br>NASHVILLE TN 37219 | LASSITER TIDWELL DAVIS<br>150 4TH AVE NO #1850<br>NASHVILLE TN 37219 | | | 15,000.00 |
| ORKIN<br>C/O ROLLINS ACCEPTANCE<br>PO BOX 660285<br>DALLAS, TX 75266 | ORKIN<br>C/O ROLLINS ACCEPTANCE<br>PO BOX 660285<br>DALLAS, TX 75266 | | | 10,000.00 |
| PAYPAL SMART CONNECT<br>PO BOX 960080<br>ORLANDO FL 32896 | PAYPAL SMART CONNECT<br>PO BOX 960080<br>ORLANDO FL 32896 | | | 1,600.00 |
| | | | | |

In re   **ROBERT GORDON ROY**
      **LOUISE MARIE-THERESE VANDE WIELE**        Case No.      **2:15-bk-06199**
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **ROBERT GORDON ROY** and **LOUISE MARIE-THERESE VANDE WIELE**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date    **December 18, 2015**        Signature    **/s/ ROBERT G. ROY**
                                          **ROBERT GORDON ROY**
                                          Debtor

Date    **December 18, 2015**        Signature    **/s/ LOUISE VANDE WIELE**
                                            **LOUISE MARIE-THERESE VANDE WIELE**
                                          Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **ROBERT GORDON ROY,**                      Case No.    **2:15-bk-06199**

         **LOUISE MARIE-THERESE VANDE WIELE**

                                 Debtors         Chapter                 **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 387,400.00 | | |
| B - Personal Property | Yes | 4 | 72,054.62 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 489,546.97 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 155,456.74 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 102,948.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 17,250.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 14,074.65 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 459,454.62 | | |
| Total Liabilities | | | | 747,952.24 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **ROBERT GORDON ROY,**
        **LOUISE MARIE-THERESE VANDE WIELE**

Case No.   **2:15-bk-06199**

                   Debtors

Chapter          **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 155,456.74 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 155,456.74 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 17,250.00 |
| Average Expenses (from Schedule J, Line 22) | 14,074.65 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 19,046.27 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 138,432.97 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 151,532.59 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 3,924.15 |
| 4. Total from Schedule F | | 102,948.53 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 245,305.65 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re    ROBERT GORDON ROY
          LOUISE MARIE-THERESE VANDE WIELE                Case No.    **2:15-bk-06199**
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       We, **ROBERT GORDON ROY** and **LOUISE MARIE-THERESE VANDE WIELE**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **December 16, 2015**        Signature   **/s/ ROBERT G. ROY**
                                            **ROBERT GORDON ROY**
                                            Debtor

Date   **December 16, 2015**        Signature   **/s/ LOUISE VANDER WIELE**
                                            **LOUISE MARIE-THERESE VANDE WIELE**
                                          Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

In re  **ROBERT GORDON ROY,**
      **LOUISE MARIE-THERESE VANDE WIELE**
                                                 ,
                                  Debtors

Case No.   **2:15-bk-06199**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3075 FALCON TR.**<br>**COOKEVILLE, TN 38506**<br>**(House & Lot) MV $190,700** | | J | 205,700.00 | 175,730.00 |
| **FALCON TR., LOT #23**<br>**COOKEVILLE, TN 38506**<br>**(adjoining lot) MV $15,000** | | | | |
| **205 NORTH RIVERSIDE DR.**<br>  **CARTHAGE, TN 38506** | | J | 121,200.00 | 62,900.00 |
| **259 DIXON SPRINGS HWY**<br>**CARTHAGE, TN 37030** | | J | 60,500.00 | 193,877.00 |

**Tanglewood Medical Center has been dissolved; all interest in this r.e. is now held by the Debtors**

| | | |
|---|---|---|
| Sub-Total > | 387,400.00 | (Total of this page) |
| Total > | 387,400.00 | |
| | | (Report also on Summary of Schedules) |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **ROBERT GORDON ROY,**               Case No.   **2:15-bk-06199**
        **LOUISE MARIE-THERESE VANDE WIELE**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | FIRST FREEDOM BANK- JOINT CHECKING $0 ALLY BANK- CDs $413..23 TD BANK- WIFE'S SAVINGS $198 | J | 611.23 |
| | | SALLIE MAE MONEY MARKET ACCOUNT | J | 327.39 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | TABLE & CHAIRS-300 REFRIGERATOR-350 DISHWASHER-200 STOVE-300 FREEZER-100 MICROWAVE-25 WASHER & DRYER-250 CHINA-75 SOFA-150 LOFESEAT-50 4 CHAIRS-300 3 TABLES-75 4 LAMPS-50 2 TVs-300 DVD PLAYER-75 2 COMPUTERS-400 PRINTER-50 2 COMPUTER DESKS-400 BEDROOM 1-400 BEDROOM 2-300 LAWN FURNITURE-50 HOUSEHOLD TOOLS-35  ITEMS IN SHED: GARDENING TOOLS-100 CHRISTMAS DECOR-50 MASON JARS-20 GARDEN CHEMICALS-45 SHELVING-70 DOG SUPPLIES-200 | J | 4,690.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 2,000 BOOKS-200 400 CDs-500 50 DVDs-100 | J | 800.00 |
| 6. Wearing apparel. | | CLOTHES | J | 800.00 |
| 7. Furs and jewelry. | | HEIRLOOM JEWELRY | J | 10,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      **17,228.62**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **ROBERT GORDON ROY,**                      Case No.    __**2:15-bk-06199**__

            **LOUISE MARIE-THERESE VANDE WIELE**
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | TERM LIFE INSURANCE POLICIES | J | 0.00 |
| | | HARTFORD INSURANCE- ACTIVE CLAIM UP TO $418,000 | J | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA | J | 2,164.86 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | TD AMERITRADE PO BOX 2209 OMAHA NE 68103 | J | 177.14 |
| | | BMO 25 SHARES $177.14 | | |
| | | TANGLEWOOD MEDICAL CENTER, INC. **(business has been administratively dissolved & it is no longer operating)** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                                    Sub-Total >      **2,342.00**
                                                    (Total of this page)

Case 2:15-bk-06199    Doc 37    Filed 12/18/15    Entered 12/18/15 16:28:15    Desc Main
                             Document      Page 9 of 41                     Best Case Bankruptcy

In re    **ROBERT GORDON ROY,**                         Case No.   **2:15-bk-06199**
         **LOUISE MARIE-THERESE VANDE WIELE**
                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | POTENTIAL LEGAL MALPRACTICE CASE AGAINST VOSS LAW FIRM<br><br>POTENTIAL LAWSUIT AGAINST HARTFORD INSURANCE TO RECOVER INSURANCE PROCEEDS | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 DODGE GRAND CARAVAN | J | 18,000.00 |
| | | 2014 VW PASSAT | J | 23,984.00 |
| | | 2006 VW GLI | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT & MACHINERY | J | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

                                                     Sub-Total >      **52,484.00**
                                                  (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

In re    **ROBERT GORDON ROY,**                   Case No.   **2:15-bk-06199**
          **LOUISE MARIE-THERESE VANDE WIELE**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **60 DOGS** | J | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **72,054.62** |

(Report also on Summary of Schedules)

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

In re  **ROBERT GORDON ROY,**
      **LOUISE MARIE-THERESE VANDE WIELE**
                Debtors

Case No.   **2:15-bk-06199**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 3075 FALCON TR. COOKEVILLE, TN 38506 (House & Lot) MV $190,700 | Tenn. Code Ann. § 26-2-301 | 7,500.00 | 205,700.00 |
| FALCON TR., LOT #23 COOKEVILLE, TN 38506 (adjoining lot) MV $15,000 | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| FIRST FREEDOM BANK- JOINT CHECKING $0 ALLY BANK- CDs $413..23 TD BANK- WIFE'S SAVINGS $198 | Tenn. Code Ann. § 26-2-103 | 611.23 | 611.23 |
| SALLIE MAE MONEY MARKET ACCOUNT | Tenn. Code Ann. § 26-2-103 | 327.39 | 327.39 |
| **Household Goods and Furnishings** | | | |
| TABLE & CHAIRS-300  REFRIGERATOR-350 DISHWASHER-200  STOVE-300  FREEZER-100 MICROWAVE-25  WASHER & DRYER-250 CHINA-75  SOFA-150  LOFESEAT-50  4 CHAIRS-300  3 TABLES-75  4 LAMPS-50  2 TVs-300  DVD PLAYER-75  2 COMPUTERS-400 PRINTER-50  2 COMPUTER DESKS-400 BEDROOM 1-400  BEDROOM 2-300  LAWN FURNITURE-50  HOUSEHOLD TOOLS-35 | Tenn. Code Ann. § 26-2-103 | 4,690.00 | 4,690.00 |
| ITEMS IN SHED:  GARDENING TOOLS-100 CHRISTMAS DECOR-50  MASON JARS-20 GARDEN CHEMICALS-45  SHELVING-70  DOG SUPPLIES-200 | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 2,000 BOOKS-200  400 CDs-500  50 DVDs-100 | Tenn. Code Ann. § 26-2-103 | 800.00 | 800.00 |
| **Wearing Apparel** | | | |
| CLOTHES | Tenn. Code Ann. § 26-2-104 | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| HEIRLOOM JEWELRY | Tenn. Code Ann. § 26-2-103 | 10,000.00 | 10,000.00 |
| **Interests in Insurance Policies** | | | |
| TERM LIFE INSURANCE POLICIES | Tenn. Code Ann. § 56-7-203 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA | Tenn. Code Ann. § 26-2-111(1)(D) | 2,164.86 | 2,164.86 |

In re   **ROBERT GORDON ROY,**
       **LOUISE MARIE-THERESE VANDE WIELE**               Case No.   **2:15-bk-06199**
                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| **TD AMERITRADE**<br>**PO BOX 2209**<br>**OMAHA NE  68103** | **Tenn. Code Ann. § 26-2-103** | **2,700.00** | **177.14** |
| **BMO 25 SHARES  $177.14** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 VW GLI** | **Tenn. Code Ann. § 26-2-103** | **500.00** | **500.00** |
| **Animals** | | | |
| **60 DOGS** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **0.00** |
| | Total: | 30,093.48 | 225,770.62 |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    ROBERT GORDON ROY,    Case No.    2:15-bk-06199
         LOUISE MARIE-THERESE VANDE WIELE

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxxxxxxxx6476  CAPITAL ONE AUTO FIN 7933 PRESTON RD PLANO TX 75024 | | | J | | PMSI LIEN ON VEHICLE  2014 DODGE GRAND CARAVAN | | | | | |
| | | | | | Value $              18,000.00 | | | | 21,055.07 | 3,055.07 |
| Account No. xxxxxx8693  EMBRACE HOME LOANS PO BOX 8066 VIRGINIA BEACH VA 23450 | | | J | | 1ST MORTGAGE 3075 FALCON TR. COOKEVILLE, TN  38506 (House & Lot)  MV  $190,700 FALCON TR., LOT #23 COOKEVILLE, TN  38506 (adjoining lot)  MV  $15,000 | | | | | |
| | | | | | Value $             205,700.00 | | | | 175,730.00 | 0.00 |
| Account No. xxxxxx9105  EMBRACE HOME LOANS PO BOX 8066 VIRGINIA BEACH VA 23450 | | | J | | 1ST MORTGAGE  205 NORTH RIVERSIDE DR. CARTHAGE, TN  38506 | | | | | |
| | | | | | Value $             121,200.00 | | | | 62,900.00 | 0.00 |
| Account No.  FIRST FREEDOM BANK PO BOX 100 Lebanon, TN 37087 | | | J | | OFFICE EQUIPMENT & MACHINERY | | | | | |
| | | | | | Value $              10,000.00 | | | | 12,000.00 | 2,000.00 |
| __1__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 271,685.07 | 5,055.07 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    **ROBERT GORDON ROY,**
        **LOUISE MARIE-THERESE VANDE WIELE**

Case No.   **2:15-bk-06199**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 259 DIXON SPRINGS HWY CARTHAGE, TN 37030 | | | | | |
| RREF II PEBP ACQUISITIONS, INC. C/O PROCHASKA, JOE ESQ 401 CHURCH ST #2600 NASHVILLE, TN 37219 | X | J | Tanglewood Medical Center has been dissolved; all interest in this r.e. is now held by the Debtors | X | X | X | | |
| | | | Value $      **60,500.00** | | | | 193,877.00 | 133,377.00 |
| Account No. | | | | | | | | |
| WILLIAMSON CO CHANCERY CT RE: 43063 135 4TH AVE SO #236 FRANKLIN, TN 37064 | | | Representing: RREF II PEBP ACQUISITIONS, INC. | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | PMSI LIEN ON VEHICLE | | | | | |
| VOLKSWAGEN CREDIT PO BOX 5215 CAROL STREAM IL 60197 | | J | 2014 VW PASSAT | | | | | |
| | | | Value $      **23,984.00** | | | | 23,984.90 | 0.90 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 217,861.90 | 133,377.90 |
| Total (Report on Summary of Schedules) | 489,546.97 | 138,432.97 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **ROBERT GORDON ROY,**                            Case No.   **2:15-bk-06199**
       **LOUISE MARIE-THERESE VANDE WIELE**

                                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

---

1  continuation sheets attached

In re **ROBERT GORDON ROY,**
     **LOUISE MARIE-THERESE VANDE WIELE**
                                        Debtors

Case No.   **2:15-bk-06199**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **IRS** **CNTRLZD INSOLVENCY OPRTN** **PO BOX 7346** **PHILADELPHIA, PA 19101-7346** | | | J | | | | | | 0.00 | |
| | | | | | | | | 12,585.59 | | 12,585.59 |
| Account No. **xx-xx8561** | | | | | | | | | | |
| **IRS** **CNTRLZD INSOLVENCY OPRTN** **PO BOX 7346** **PHILADELPHIA, PA 19101-7346** | X | X | J | | | | | | 0.00 | |
| | | | | | | | | 75,000.00 | | 75,000.00 |
| Account No. | | | | **2014 TAXES** | | | | | | |
| **IRS** **CNTRLZD INSOLVENCY OPRTN** **PO BOX 7346** **PHILADELPHIA, PA 19101-7346** | | | J | | | | | | 3,924.15 | |
| | | | | | | | | 67,871.15 | | 63,947.00 |
| Account No. | | | | **NOTICE ONLY** | | | | | | |
| **TN DEPT REVENUE** **C/O TN ATTY GEN BK UNIT** **PO BOX 20207** **NASHVILLE, TN 37202** | X | X | J | | X | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 3,924.15 |
| | 155,456.74 | 151,532.59 |
| Total (Report on Summary of Schedules) | | 3,924.15 |
| | 155,456.74 | 151,532.59 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **ROBERT GORDON ROY,**
           **LOUISE MARIE-THERESE VANDE WIELE**

Case No.   **2:15-bk-06199**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1129** <br><br> **AES LOAN SERVICING** <br> **PO BOX 2461** <br> **HARRISBURG PA 17105** | | J | | | | | 19,767.24 |
| Account No. **xxxx-xxxx-xxxx-4606** <br><br> **AMAZON** <br> **ATTN: BANKRUPTCY DEPT** <br> **PO BOX 965060** <br> **ORLANDO, FL 32896** | | W | | | | | 712.24 |
| Account No. **3095** <br><br> **CARE CREDIT** <br> **BANKRUPTCY DEPT** <br> **PO BOX 965061** <br> **ORLANDO, FL 32896** | | - | | | | | 11,000.00 |
| Account No. **xxxx-xxxx-xxxx-8565** <br><br> **CHASE/SOUTHWEST.COM** <br> **PO BOX 15298** <br> **WILMINGTON DE 19886** | | W | | | | | 12,413.95 |

   **3**    continuation sheets attached

Subtotal
(Total of this page)    **43,893.43**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:31811-151130   Best Case Bankruptcy

In re **ROBERT GORDON ROY,**
**LOUISE MARIE-THERESE VANDE WIELE**

Case No. **2:15-bk-06199**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9925** CITI PO BOX 6500 SIOUX FALLS SD 57117 | | H | | | | | 2,389.63 |
| Account No. **xxxx-xxxx-xxxx-0640** CITI PO BOX 6500 SIOUX FALLS SD 57117 | | W | | | | | 3,205.35 |
| Account No. FIRST FREEDOM BANK PO BOX 100 LEBANON TN 37087 | X | J | | X | | | 12,000.00 |
| Account No. **xxxx-xxxx-xxxx-7669** HOME PROJECTS/WF PO BOX 10475 DES MOINES IA 50306 | | - | | | | | 8,960.12 |
| Account No. LASSITER TIDWELL DAVIS 150 4TH AVE NO #1850 NASHVILLE TN 37219 | X | J | | | | | 15,000.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 41,555.10 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **ROBERT GORDON ROY,**             Case No.   **2:15-bk-06199**
      **LOUISE MARIE-THERESE VANDE WIELE**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NAVIENT** <br> **PO BOX 9635** <br> **WILKES BARRE PA 18773** | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxx0793** <br><br> **ORKIN** <br> **C/O ROLLINS ACCEPTANCE** <br> **PO BOX 660285** <br> **DALLAS, TX 75266** | | J | | | | | 10,000.00 |
| Account No. <br><br> **PAYPAL SMART CONNECT** <br> **PO BOX 960080** <br> **ORLANDO FL 32896** | - | | | | | | 1,600.00 |
| Account No. **552** <br><br> **REGIONS BANK** <br> **PO BOX 2153  DEPT 0150** <br> **BIRMINGHAM AL 35287** | X | J | | X | X | X | 5,500.00 |
| Account No. <br><br> **THE VOSS LAW FIRM** <br> **26619 INTERSTATE 45 N** <br> **THE WOODLANDS, TX 77380** | | J | | X | X | X | Unknown |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)       17,100.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **ROBERT GORDON ROY,**　　　　　　　　　　　　Case No. __**2:15-bk-06199**__
　　　　　**LOUISE MARIE-THERESE VANDE WIELE**
　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7646** <br><br> **TRACTOR SUPPLY/CBSD** <br> **PO BOX 6189** <br> **SIOUX FALLS SD 57117** | X | J | | X | X | X | 400.00 |
| Account No. **xxxx-xxxx-xxxx-3132** <br><br> **WILSON BANK & TRUST** <br> **623 WEST MAIN ST** <br> **LEBANON TN 37087** | | H | DEBTORS HAVE RECEIVED NOTIFICATION THAT THIS DEBT HAS BEEN PAID IN FULL | | | | 0.00 |
| Account No. <br><br> **WILSON BANK & TRUST** <br> **PO BOX 768** <br> **LEBANON TN 37088** | | J | DEBTORS HAVE RECEIVED NOTIFICATION THAT THIS DEBT HAS BEEN PAID IN FULL | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal 　400.00
(Total of this page)

Total 　102,948.53
(Report on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **ROBERT GORDON ROY,**                                    Case No.    __2:15-bk-06199__
         **LOUISE MARIE-THERESE VANDE WIELE**
                                                          ,
                                   Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0

B6H (Official Form 6H) (12/07)

In re    **ROBERT GORDON ROY,**                  Case No.    **2:15-bk-06199**
         **LOUISE MARIE-THERESE VANDE WIELE**
                            Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TANGLEWOOD MEDICAL CENTER INC<br>3075 FALCON RD<br>COOKEVILLE TN 38506 | IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| TANGLEWOOD MEDICAL CENTER INC<br>3075 FALCON RD<br>COOKEVILLE TN 38506 | FIRST FREEDOM BANK<br>PO BOX 100<br>LEBANON TN 37087 |
| TANGLEWOOD MEDICAL CENTER INC<br>3075 FALCON RD<br>COOKEVILLE TN 38506 | RREF II PEBP ACQUISITIONS, INC.<br>C/O PROCHASKA, JOE ESQ<br>401 CHURCH ST #2600<br>NASHVILLE, TN 37219 |
| TANGLEWOOD MEDICAL CENTER INC<br>3075 FALCON RD<br>COOKEVILLE TN 38506 | LASSITER TIDWELL DAVIS<br>150 4TH AVE NO #1850<br>NASHVILLE TN 37219 |
| TANGLEWOOD MEDICAL CENTER INC<br>3075 FALCON RD<br>COOKEVILLE TN 38506 | TN DEPT REVENUE<br>C/O TN ATTY GEN BK UNIT<br>PO BOX 20207<br>NASHVILLE, TN 37202 |
| TANGLEWOOD MEDICAL CENTER INC<br>3075 FALCON RD<br>COOKEVILLE TN 38506 | REGIONS BANK<br>PO BOX 2153  DEPT 0150<br>BIRMINGHAM AL 35287 |
| TANGLEWOOD MEDICAL CENTER INC<br>3075 FALCON RD<br>COOKEVILLE TN 38506 | TRACTOR SUPPLY/CBSD<br>PO BOX 6189<br>SIOUX FALLS SD 57117 |

0

continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

Fill in this information to identify your case:

| Debtor 1 | ROBERT GORDON ROY |
|---|---|
| Debtor 2 (Spouse, if filing) | LOUISE MARIE-THERESE VANDE WIELE |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | 2:15-bk-06199 |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | DOCTOR | |
| Employer's name | | 1099 EMPLOYEE | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 17,250.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 17,250.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 17,250.00 + $ 0.00 = $ 17,250.00 |
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: | 11. +$ 0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data, if it* applies | 12. | $ 17,250.00 |
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: | DEBTOR HAS BEEN WORKING EXTRA SHIFTS BEYOND WHAT IS REQUIRED UNDER HIS CONTRACT BUT THE DEBTOR DOES NOT BELIEVE THAT IS NOT SUSTAINABLE |

Fill in this information to identify your case:

| | | Check if this is: |
|---|---|---|
| Debtor 1 | ROBERT GORDON ROY | ☐ An amended filing |
| Debtor 2 (Spouse, if filing) | LOUISE MARIE-THERESE VANDE WIELE | ☐ A supplement showing post-petition chapter 13 expenses as of the following date: |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | MM / DD / YYYY |
| Case number (If known) | 2:15-bk-06199 | ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household |

## Official Form B 6J
# Schedule J: Your Expenses                                                12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. Does Debtor 2 live in a separate household?

       ■ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | 200.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 553.33 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 200.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 350.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 80.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 567.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 654.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 162.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 833.33 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 25.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 700.00 |
| | 15b. | Health insurance | 15b. $ | 2,000.00 |
| | 15c. | Vehicle insurance | 15c. $ | 100.00 |
| | 15d. | Other insurance. Specify: DISABILITY | 15d. $ | 880.00 |
| | | UMBRELLA | $ | 3.40 |
| | | JEWELRY INS | $ | 16.59 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: TAXES | | 16. $ | 6,000.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 14,074.65 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 17,250.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 14,074.65 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 3,175.35 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.
Explain:

> JEWELRY INS. INADVERTENTLY USED AN ANNUAL ESTIMATE & DEBTORS CONVERTED TO A MONTHLY AMOUNT.  DEBTORS ADVISED BY CPA THAT A MORE ACCURATE ESTIMATE OF ONGOING INCOME TAXES IS $6,000 PER MONTH.  DEBTORS UNDERESTIMATED MONTHLY PROPERTY TAXES, & REAL ESTATE INSURANCE DOUBLED.  DEBTORS ALSO UNDERSTIMATED THEIR FOOD & HOUSEHOLD EXPENSES, MEDICAL EXPENSES, CLOTHING, ENTERTAINMENT, & PERSONAL CARE PRODUCTS.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    ROBERT GORDON ROY        Case No.   **2:15-bk-06199**
      LOUISE MARIE-THERESE VANDE WIELE

                              Debtor(s)        Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **23**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 16, 2015**        Signature    /s/ ROBERT G. ROY
                                              ROBERT GORDON ROY
                                              Debtor

Date   **December 16, 2015**        Signature    /s/ LOUISE VANDER WIELE
                                              LOUISE MARIE-THERESE VANDE WIELE
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **ROBERT GORDON ROY**
        **LOUISE MARIE-THERESE VANDE WIELE**                Case No.   **2:15-bk-06199**

                                  Debtor(s)          Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| $0.00 | 2015: HUSBAND'S 1099 INCOME | $227,920 |
| | 2014: HUSBAND'S 1099 INCOME | $226,751 |
| | 2013: HUSBAND'S 1099 INCOME | $262,934 |

---

**2. Income other than from employment or operation of business**

None   ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                   SOURCE

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2013: TAXABLE INTEREST  $28 |
| | 2013: DIVIDENDS  $1,305 |
| | 2013: CAPITAL GAINS  $15,968 |
| $0.00 | 2015: RENTAL INCOME  $4,800 |
| | 2014: RENTAL INCOME  $7,200 |
| | 2013: RENTAL INCOME  $3,695 |

---

### 3. Payments to creditors

None ☐

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| EMBRACE HOME LOANS PO BOX 8066 VIRGINIA BEACH VA 23450 | $1300 PER MONTH | $3,900.00 | $175,730.00 |
| EMBRACE HOME LOANS PO BOX 8066 VIRGINIA BEACH VA 23450 | $800 PER MONTH | $2,400.00 | $62,900.00 |
| VOLKSWAGEN CREDIT PO BOX 5215 CAROL STREAM IL 60197 | $560 PER MONTH | $1,680.00 | $23,984.90 |
| CAPITAL ONE AUTO FIN 7933 PRESTON RD PLANO  TX 75024 | $410.95 PER MONTH FOR THREE MONTHS | $1,232.85 | $21,055.07 |

None ■

b. *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| RREF II PEBP ACQUISITIONS, INC. -v- TANGLEWOOD MEDICAL CENTER, INC., ROBERT ROY MD & LOUISE VANDER WIESE | CHANCERY | WILLIAMSON CO CHANCERY CT 135 4TH AVE SO #236 FRANKLIN, TN 37064 | PENDING |
| DOCKET NO #43063 | | | |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **LEFKOVITZ & LEFKOVITZ 618 CHURCH ST., #410 NASHVILLE, TN 37219** | **AUGUST 2015** | **$3,425.00 FOR ATTORNEY FEES + CC FEE + FILING FEE** |

### 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☐ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ROBERT ROY, MD** | **9402** | | **MEDICAL DOCTOR** | |

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                                    DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                          RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE                NATURE AND PERCENTAGE
                                                    OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                TITLE                DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                                      AMOUNT OF MONEY
OF RECIPIENT,                          DATE AND PURPOSE                              OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                                VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **December 16, 2015**      Signature   **/s/ ROBERT G. ROY**
                                          ROBERT GORDON ROY
                                          Debtor

Date    **December 16, 2015**      Signature   **/s/ LOUISE VANDER WIELE**
                                          LOUISE MARIE-THERESE VANDE WIELE
                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Fill in this information to identify your case:**

Debtor 1    ROBERT GORDON ROY

Debtor 2    LOUISE MARIE-THERESE VANDE WIELE
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Tennessee

Case number   2:15-bk-06199
(if known)

☐ Check if this is an amended filing

Official Form 22B

# Chapter 11 Statement of Your Current Monthly Income

12/14

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

## Part 1:   Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 20,123.27 | | |
| Ordinary and necessary operating expenses | -$ 1,077.00 | | |
| Net monthly income from a business, profession, or farm | $ 19,046.27   Copy here -> | $ 19,046.27 | $ 0.00 |

6. **Net income from rental and other real property**

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00   Copy here -> | $ 0.00 | $ 0.00 |

Case 2:15-bk-06199   Doc 37   Filed 12/18/15   Entered 12/18/15 16:28:15   Desc Main
Document    Page 38 of 41

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you $ 0.00

For your spouse $ 0.00

| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. | $ | $ |
|---|---|---|
| 10b. | $ 0.00 | $ 0.00 |
| 10c. Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 19,046.27 + $ 0.00 = $ 19,046.27

**Total current monthly income**

---

**Part 2:  Deduct any applicable marital adjustment**

12. **Copy your total average monthly income from Line 11.**  $ 19,046.27

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

■ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is NOT filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13 d.

| 13a. | $ |
|---|---|
| 13b. | $ |
| 13c. | + $ |

13d. Total  $ 

Copy here. => 13d.  −  0.00

14. **Your current monthly income.** Subtract line 13d from line 12.

14. $ 19,046.27

**Part 3:    Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  /s/ ROBERT G. ROY                              X  /s/ LOUISE VANDER WIELE
ROBERT GORDON ROY                                LOUISE MARIE-THERESE VANDE WIELE
Signature of Debtor 1                             Signature of Debtor 2

Date  **December 16, 2015**                       Date  **December 16, 2015**
MM / DD  / YYYY                                   MM / DD  / YYYY

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**

Income for the Period **06/01/2015** to **11/30/2015**.

### Line 5 - Income from operation of a business, profession, or farm

Source of Income: **1099 EMPLOYEE**

Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 06/2015 | $21,960.00 | $630.00 | $21,330.00 |
| 5 Months Ago: | 07/2015 | $21,319.60 | $630.00 | $20,689.60 |
| 4 Months Ago: | 08/2015 | $15,840.00 | $912.00 | $14,928.00 |
| 3 Months Ago: | 09/2015 | $18,720.00 | $630.00 | $18,090.00 |
| 2 Months Ago: | 10/2015 | $20,160.00 | $630.00 | $19,530.00 |
| Last Month: | 11/2015 | $19,140.00 | $630.00 | $18,510.00 |
| | Average per month: | $19,523.27 | $677.00 | |
| | | | Average Monthly NET Income: | $18,846.27 |

### Line 5 - Income from operation of a business, profession, or farm

Source of Income: **RENTAL INCOME**

Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 06/2015 | $600.00 | $800.00 | $-200.00 |
| 5 Months Ago: | 07/2015 | $600.00 | $800.00 | $-200.00 |
| 4 Months Ago: | 08/2015 | $600.00 | $800.00 | $-200.00 |
| 3 Months Ago: | 09/2015 | $600.00 | $0.00 | $600.00 |
| 2 Months Ago: | 10/2015 | $600.00 | $0.00 | $600.00 |
| Last Month: | 11/2015 | $600.00 | $0.00 | $600.00 |
| | Average per month: | $600.00 | $400.00 | |
| | | | Average Monthly NET Income: | $200.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy