

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **ROBERT GORDON ROY and** | )    **Case No. 15-06199** |
| **LOUISE MARIE-THERESE** | ) |
| **VANDE WIELE,** | )    **Chapter 11** |
| | ) |
| | )    **Judge Marian F. Harrison** |
| **Debtor(s).** | ) |

## ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

To the Debtors, their creditors, and other parties-in-interest:

A Disclosure Statement and Plan having been filed under Chapter 11 of the Bankruptcy Code by the Debtors on or about July 13, 2016, it is **ORDERED** and **NOTICE** is hereby given that:

1) The hearing to consider approval of the Disclosure Statement shall be held at L. Clure Morton Post Office and Courthouse, 9 East Broad Street, Cookeville, Tennessee on September 8, 2016, at 9:30 a.m.

2) August 15, 2016 is fixed as the last day for filing and serving in accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure written Objections to the Disclosure Statement.

3) Within 3 days after the entry of this Order, the Debtors shall transmit the Disclosure Statement and Plan to the Debtors, Trustee, United States Trustee, each committee appointed pursuant to Section 1102 of the Bankruptcy Code, and any creditor and party-in-interest who has requested or requests in writing a copy of the Disclosure Statement and Plan.

4) Request for copies of the Disclosure Statement and Plan shall be mailed to the Debtors, c/o Steven L. Lefkovitz, 618 Church Street, Suite 410, Nashville, Tennessee 37219.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/  STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone:  (615) 256-8300  Fax:  (615) 255-4516
Email:  slefkovitz@lefkovitz.com

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 2:15-bk-06199    Doc 79    Filed 07/15/16    Entered 07/15/16 14:38:18    Desc Main
Document      Page 2 of 2