Form nclsad11 (2/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Case No. 2:15–bk–06199
**Chapter 11**

In re:

| | |
|---|---|
| ROBERT GORDON ROY<br>aka ROBERT GORDON ROY MD<br>3075 FALCON TR<br>COOKEVILLE, TN 38506 | LOUISE MARIE–THERESE VANDE<br>WIELE<br>3075 FALCON TR<br>COOKEVILLE, TN 38506 |
| Social Security No.:<br>xxx–xx–9402 | Social Security No.:<br>xxx–xx–6044 |

## NOTICE OF ADMINISTRATIVE CLOSING
## OF INDIVIDUAL CHAPTER 11 CASE

Pursuant to Fed. R. Bankr. P. 4006, you are notified that the above–referenced case is closed without a discharge. An Order Granting Motion to Administratively Close Case After Meeting the Requirements of 11 U.S.C. § 1141 has been entered, which provides that the debtor(s) must meet certain conditions and processes for reopening the case and obtaining a discharge once plan payments have been completed.

Dated: 5/23/19

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court